# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

141727(71)

ESTATE OF DANIEL D. JILEK, by
JOY A. JILEK, personal representative,
       Plaintiff-Appellee,

v

CARLIN C. STOCKSON, M.D. and
EPMG OF MICHIGAN,
       Defendants-Appellants,
and

MAPLE URGENT CARE, d/b/a MAPLE HEALTH
BUILDING, TRINITY HEALTH-MICHIGAN,
CATHERINE MCAULEY HEALTH CENTER,
IRWIN M. LUTWIN, CARPENTER HEATH
CARE, d/b/a CARPENTER HEALTH CENTER,
And ROBERT E. ANDERSON,
       Defendants.
_____

SC:   141727
CoA:  289488
Washtenaw CC: 05-000268-NH

     On order of the Chief Justice, the motion for temporary admission to practice of Alexandra Ritucci-Chinni is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2011

_____
Clerk